1 | **BOUTIN JONES INC.**
Robert D. Swanson SBN 162816
2 | 555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
3 | T: (916) 321-4444/F: (916) 442-7597

4 | **BASS BERRY & SIMS PLC**
Brian D. Roark (*Pro Hac Vice admission pending*)
5 | Taylor M. Sample (*Pro Hac Vice admission pending*)
150 Third Avenue South, Suite 2800
6 | Nashville, TN 37201
T: (615) 742-7753/F: (615) 742-2704

Attorneys for Defendants Envision Healthcare
Corporation, et al.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JACK WATERS. <br><br> Plaintiffs, <br><br> v. <br><br> ENVISION HEALTHCARE CORPORATION., ET AL., <br><br> Defendants. | Case No. 2:19-cv-0873-TLN <br><br> **DEFENDANTS LOWELL ANESTHESIA ASSOCIATES, PLLC AND PIONEER SEDATION, PLLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

As required by Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Lowell Anesthesia Associates, PLLC and Pioneer Sedation, PLLC provide the following information to the Court:

1. Lowell Anesthesia Associates, PLLC and Pioneer Sedation, PLLC are wholly owned by one or more private physician practice groups and have engaged AmSurg Holdings, Inc. to provide billing and management services. AmSurg Holdings, Inc. is 100% owned by AmSurg, LLC. AmSurg, LLC is 100% owned by AmSurg Holdco, LLC. AmSurg Holdco, LLC is 100% owned by Envision Healthcare Corporation. Envision Healthcare Corporation is 100% owned by Enterprise

Parent Holdings, Inc. Enterprise Parent Holdings, Inc. is 100% owned by KKR Americas Fund XII, L.P.

2. There is no publicly-held corporation owning more than 10% of any of Lowell Anesthesia Associates, PLLC's or Pioneer Sedation, PLLC's stock.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Defendants expressly reserves its rights to raise any and all defenses in this litigation.

DATED: January 26, 2022              BOUTIN JONES INC.


                                     By:      */s/ Robert D. Swanson*
                                            ROBERT D. SWANSON

                                     **BOUTIN JONES INC.**
                                     Robert D. Swanson SBN 162816
                                     555 Capitol Mall, Suite 1500
                                     Sacramento, CA 95814-4603
                                     T: (916) 321-4444/F: (916) 442-7597

                                     **BASS BERRY & SIMS PLC**
                                     Brian D. Roark (*Admitted Pro Hac Vice*)
                                     Taylor M. Sample (*Admitted Pro Hac Vice*)
                                     150 Third Avenue South, Suite 2800
                                     Nashville, TN 37201
                                     T: (615) 742-7753/F: (615) 742-2704

                                     *Attorneys for Defendants Envision Healthcare Corporation, et al.*