

# United States District Court
# Eastern District of California

| | |
|---|---|
| United States of America ex rel. Jack Waters | Case Number: 2:19-cv-0873-TLN (AC) |
| Plaintiff(s) | |
| V. | |
| Envision Healthcare Corporation, et al. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Taylor M. Sample hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendants, Envision Healthcare Corp., et al.

On 04/09/2018 (date), I was admitted to practice and presently in good standing in the Middle District of Tennessee (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✔] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 02/02/2022                Signature of Applicant: /s/ Taylor M. Sample

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Taylor M. Sample |
| Law Firm Name: | Bass Berry & Sims PLC |
| Address: | 150 Third Avenue South, Suite 2800 |
| City: | Nashville    State: TN    Zip: 37201 |
| Phone Number w/Area Code: | (615) 742-7909 |
| City and State of Residence: | Nashville, TN |
| Primary E-mail Address: | taylor.sample@bassberry.com |
| Secondary E-mail Address: | taylor.sample@bassberry.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Robert D. Swanson |
| Law Firm Name: | Boutin Jones Inc. |
| Address: | 555 Capitol Mall, Suite 1500 |
| City: | Sacramento    State: CA    Zip: 95814 |
| Phone Number w/Area Code: | (916) 321-4444    Bar #: 162816 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 14, 2022

_____
JUDGE, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE



## CERTIFICATE OF GOOD STANDING

I, **LYNDA M. HILL,** Clerk of the United States District Court for the Middle District of Tennessee, do hereby certify that

**TAYLOR M. SAMPLE**

was duly admitted to practice in said Court on

**April 9, 2018**

and is in good standing as a member of the bar of said Court.

Dated at Nashville, Tennessee on   January 26, 2022   .

LYNDA M. HILL, CLERK OF COURT

By: *[signature]*

Deputy Clerk