**BOUTIN JONES INC.**
Robert D. Swanson SBN 162816
rswanson@boutinjones.com
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
T: (916) 321-4444/F: (916) 442-7597

**BASS BERRY & SIMS PLC**
Brian D. Roark (*Admitted Pro Hac Vice*)
broark@bassberry.com
Taylor M. Sample (*Admitted Pro Hac Vice*)
taylor.sample@bassberry.com
150 Third Avenue South, Suite 2800
Nashville, TN 37201
T: (615) 742-7753/F: (615) 742-2704

*Attorneys for Defendants Envision Healthcare Corporation, et al.*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JACK WATERS.<br><br>Plaintiffs,<br><br>v.<br><br>ENVISION HEALTHCARE CORPORATION, ET AL.,<br><br>Defendants. | **Case No. 2:19-cv-0873-TLN**<br><br>**DEFENDANTS' NOTICE OF MOTION TO DISMISS THE COMPLAINT PER FRCP 12(b)(6)**<br><br>Date: April 21, 2022<br>Time: 2:00 p.m.<br>Courtroom: 2<br><br>Honorable Troy L. Nunley |

1       PLEASE TAKE NOTICE THAT on Thursday, April 21, 2022 at 2:00 p.m., or as soon
2  thereafter as the matter may be heard before the Honorable Troy L. Nunley in Department 2 of
3  the United States District Court for the Eastern District of California, 501 I Street, 15th Floor,
4  Sacramento, California, Defendants will move this court for a dismissal of the complaint with
5  prejudice.
6       This motion is filed per FRCP 12(b)(6) in lieu of filing a responsive pleading and based
7  upon Defendants' notice of motion, the accompanying motion to dismiss, memorandum of
8  points and authorities, and request for judicial notice, and on the files, records, proceedings in
9  this action.
10 Dated this 14th day of March 2022.

Respectfully submitted,

By: */s/ Robert D. Swanson*
ROBERT D. SWANSON

**BOUTIN JONES INC.**
Robert D. Swanson SBN 162816
rswanson@boutinjones.com
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
T: (916) 321-4444/F: (916) 442-7597

**BASS BERRY & SIMS PLC**
Brian D. Roark (*Admitted Pro Hac Vice*)
broark@bassberry.com
Taylor M. Sample (*Admitted Pro Hac Vice*)
taylor.sample@bassberry.com
150 Third Avenue South, Suite 2800
Nashville, TN 37201
T: (615) 742-7753/F: (615) 742-2704

*Attorneys for Defendants Envision Healthcare Corporation, et al.*