Robert J. Nelson (CA 132797)
Nimish R. Desai (CA 244953)
Nicholas R. Hartmann (CA 301049)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

*Attorneys for Plaintiff-Relator Jack Waters*

Robert D. Swanson (CA 162816)
**BOUTIN JONES INC.**
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
T: (916) 321-4444/F: (916) 442-7597

Brian D. Roark (*Admitted Pro Hac Vice*)
Taylor M. Sample (*Admitted Pro Hac Vice*)
**BASS BERRY & SIMS PLC**
150 Third Avenue South, Suite 2800
Nashville, TN 37201
T: (615) 742-7753/F: (615) 742-2704

*Attorneys for Defendants Envision Healthcare Corporation, et al.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JACK WATERS,<br><br>Plaintiff,<br><br>v.<br><br>ENVISION HEALTHCARE CORPORATION, et al,<br><br>Defendants. | Case No.  2:19-CV-0873 TLN AC<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE FIRST AMENDED COMPLAINT** |

WHEREAS, Plaintiff-Relator Jack Waters ("Plaintiff") filed his Complaint under seal on May 15, 2019 (ECF No. 1) and the Complaint was unsealed on October 18, 2021 (ECF No. 18);

WHEREAS, Defendants Envision Healthcare Corporation, et al. ("Defendants") responded to the Complaint by filing a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) on March 14, 2022 (ECF No. 31);

WHEREAS, in response to Defendants' motion to dismiss, Plaintiff intends to amend the Complaint pursuant to Fed. R. Civ. P. 15(a)(1)(B);

WHEREAS, the deadline for Plaintiff to amend the Complaint pursuant to Fed. R. Civ. P. 15(a)(1)(B) is April 4, 2022;

WHEREAS, due to travel and scheduling conflicts, Plaintiff seeks a one-week extension of the time to amend the Complaint;

WHEREAS, Defendants consent to this request;

Accordingly, the parties hereby stipulate and agree that Plaintiff's deadline to file a First Amended Complaint is extended to April 11, 2022.

Dated: March 18, 2022

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

*/s/ Nimish R. Desai*
Nimish R. Desai

*Attorneys for Plaintiff-Relator Jack Waters*

Dated: March 18, 2022

BOUTIN JONES INC.

*/s/ Robert D. Swanson* (as authorized on March 18, 2022)
Robert D. Swanson

*Attorneys for Defendants Envision Healthcare Corporation, et al.*

**IT IS SO ORDERED**

Dated:  March 21, 2022

Troy L. Nunley
United States District Judge