1

**BOUTIN JONES INC.**
Robert D. Swanson SBN 162816

2

rswanson@boutinjones.com
555 Capitol Mall, Suite 1500

3

Sacramento, CA 95814-4603
T: (916) 321-4444/F: (916) 442-7597

4

5

**BASS BERRY & SIMS PLC**
Brian D. Roark (*Admitted Pro Hac Vice*)

6

broark@bassberry.com
Taylor M. Sample (*Admitted Pro Hac Vice*)

7

taylor.sample@bassberry.com
150 Third Avenue South, Suite 2800

8

Nashville, TN 37201
T: (615) 742-7753/F: (615) 742-2704

9

*Attorneys for Defendants Envision Healthcare*
*Corporation, et al.*

10

11

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Robert J. Nelson (SBN 132797)

12

Nimish R. Desai (SBN 244953)
Nicholas R. Hartmann (SBN 301049)

13

275 Battery Street, 29th Floor
San Francisco, CA  94111-3339

14

T: (415) 956-1000/F: (415) 956-1008

15

*Attorneys for Plaintiff-Relator Jack Waters*

16

**UNITED STATES DISTRICT COURT**

17

**EASTERN DISTRICT OF CALIFORNIA**

18

19

| UNITED STATES OF AMERICA ex rel. JACK WATERS. | **Case No.  2:19-cv-0873-TLN** |
|---|---|

20

| Plaintiffs, | **STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE** |
|---|---|

21

v.

22

ENVISION HEALTHCARE
CORPORATION, ET AL.,

23

24

Defendants.

25

26

27

28

WHEREAS, Plaintiff-Relator Jack Waters ("Plaintiff") filed his Complaint under seal on May 15, 2019 (ECF No. 1) and the Complaint was unsealed on October 18, 2021 (ECF No. 18);

WHEREAS, Defendants Envision Healthcare Corporation, et al. ("Defendants") responded to the Complaint by filing a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) on March 14, 2022 (ECF No. 31);

WHEREAS, in response to Defendants' motion to dismiss, Plaintiff filed a First Amended Complaint on April 11, 2022 (ECF No. 36);

WHEREAS, Defendants intend to respond to the First Amended Complaint by filing a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6);

WHEREAS, the deadline for Defendants' motion to dismiss pursuant to Fed. R. Civ. P. 15(a)(3) is April 25, 2022;

WHEREAS, due to travel and scheduling conflicts, Defendants seek a two-week extension of the time to respond to the First Amended Complaint to May 9, 2022;

WHEREAS, pursuant to Local Rule 230(c) the deadline for filing an opposition to Defendants' motion to dismiss would be May 23, 2022;

WHEREAS, due to travel and scheduling conflicts, Plaintiff seeks a two-week extension of time to file an opposition to Defendants' motion to dismiss to June 6, 2022;

WHEREAS, Defendants will file their reply to Plaintiff's opposition no later than ten (10) days after the filing of Plaintiff's opposition pursuant to Local Rule 230(d); and

WHEREAS, the hearing on Defendants' motion to dismiss shall be set for June 30, 2022.

Accordingly, the parties hereby stipulate and agree as follows:

1. Defendants' deadline to file a motion to dismiss in response to the First Amended Complaint is May 9, 2022;

2. Plaintiff's deadline to file an opposition to Defendants' motion to dismiss is June 6, 2022;

3. Defendants' deadline to file a reply to Defendants' motion to dismiss is June 16, 2022; and

1       4.   The hearing on Defendants' motion to dismiss shall be set for June 30, 2022.

2       **IT IS SO STIPULATED.**

3

    Dated:  April 25, 2022

4

5                                 By: */s/ Robert D. Swanson*

6                                     ROBERT D. SWANSON

7                                     **BOUTIN JONES INC.**

                                  Robert D. Swanson SBN 162816

8                                     rswanson@boutinjones.com

                                  555 Capitol Mall, Suite 1500

9                                     Sacramento, CA 95814-4603

                                  T: (916) 321-4444/F: (916) 442-7597

10

11                                     *Attorneys for Defendants Envision Healthcare*
                                  *Corporation, et al.*

12       Dated:  April 25, 2022

13

14                                 By: */s/ Nimish R. Desai*

                                    NIMISH R. DESAI (as authorized on 4/21/22)

15                                     **LIEFF CABRASER HEIMANN &**

16                                     **BERNSTEIN, LLP**

                                  Robert J. Nelson (SBN 132797)

17                                     Nimish R. Desai (SBN 244953)

                                  Nicholas R. Hartmann (SBN 301049)

18                                     275 Battery Street, 29th Floor

                                  San Francisco, CA  94111-3339

19                                     T: (415) 956-1000/F: (415) 956-1008

20                                     *Attorneys for Plaintiff-Relator Jack Waters*

21   **IT IS SO ORDERED.**

22

23       Dated: April 25, 2022

24                                     Troy L. Nunley

                                  United States District Judge

25

26

27

28

STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO
FIRST AMENDED COMPLAINT