UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JACK WATERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ENVISION HEALTHCARE CORPORATION, et al.,<br><br>　　　　Defendants. | Case No.  2:19-CV-00873 TLN AC<br><br>**ORDER EXTENDING RELATOR'S TIME TO FILE A NOTICE OF APPEAL TO JUNE 30, 2023** |

The Court, having considered Relator's *Ex Parte* Motion for Extension of Time to File a Notice of Appeal pursuant to Federal Rule of Appellate Procedure 4(a)(5), including the Memorandum of Points and Authorities filed therewith, and good cause appearing, hereby **ORDERS**:

The time for Relator to file a notice of appeal as to claims (if any) that are not stayed pursuant to 11 U.S.C. § 362 by the bankruptcy actions jointly administered as *In re: Envision Healthcare Corporation*, No. 4:23-BK-90342 (Bankr. S.D. Tex.), is extended from May 31, 2023 to **June 30, 2023**.

Dated:  May 31, 2023

　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　United States District Judge